AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

RECEIVED
APR 30 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA
Davenport Division

Ronald Dickie Mason
_Petitioner_

v.

Attorney General
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. _____
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Ronald Dickey Mason
   (b) Other names you have used: ___
2. Place of confinement:
   (a) Name of institution: Muscatine County Jail
   (b) Address: 400 Walnut Street, Muscatine, IA 52761
   (c) Your identification number: 34124
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☒ Other (explain): Detained for sentencing date of July 22, 2025

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): PRE-SENTENCING DETAINMENT THAT DOES NOT CONFORM WITH CONSTITUTIONAL LAW, EIGHTH AMENDMENT AND THE BAIL REFORM ACT of 1984

6. Provide more information about the decision or action you are challenging:
  (a) Name and location of the agency or court: SOUTHERN DISTRICT OF IOWA DAVENPORT DIVISION, DAVENPORT IOWA
  (b) Docket number, case number, or opinion number: NO 3:24-CR-00054-RGE-SBJ
  (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): CONTINUED PRE-SENTENCING DETENTION OF PETITIONER

  (d) Date of the decision or action: MARCH 05-2025

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
  Did you appeal the decision, file a grievance, or seek an administrative remedy?
  ☐ Yes    ☒ No
  (a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

  (b) If you answered "No," explain why you did not appeal: THIS IS MY FIRST PETITION FOR A WRIT OF HABEAS CORPUS UNDER U.S.C. § 2241

8. **Second appeal**
  After the first appeal, did you file a second appeal to a higher authority, agency, or court?
  ☐ Yes    ☐ No

 (a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____

  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

 (b) If you answered "No," explain why you did not file a second appeal: _A FIRST APPEAL HASN'T BEEN FILED, BECAUSE THIS IS THE ORIGINAL PETITION_

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes    ☒ No

 (a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____

  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

 (b) If you answered "No," explain why you did not file a third appeal: _STILL WAITING FOR DECISION ON ORIGINAL PETITION_

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☒ No

If "Yes," answer the following:
 (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
  ☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Eighth Amendment (U.S.) and

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Denied heart surgery recommended by cardiologist at S.E. Iowa Regional Medical Center in West Burlington, Iowa on July 24, 2025, constitutes cruel and unusual punishment

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** The Bail Reform Act of 1984

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Not a flight risk: Has lived in Keokuk, IA since honorably discharged from US Navy (1979), has serious medical condition that needs attention, requiring to be near qualified medical facility (Iowa City VA Hospital), never fled before when under supervised release; non-violent, no violence on record, poses no danger to community

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes        ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

## Request for Relief

15. State exactly what you want the court to do: _PRE-SENTENCE RELEASE TO OBTAIN RECOMENDED HERNI[A] SURGERY_

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/22/2025

Signature of Petitioner: Ronald D. Masters

Signature of Attorney or other authorized person, if any: PRO-SE

A. QUESTION:

WHY SHOULD PETITIONER CONTINUED TO BE DETAINED WHEN HEART SURGERY HAS BEEN RECOMENDED BY CARDIOLOGIST, (DR. WOODARD, S.E. IOWA REGIONAL MEDICAL CENTER IN WEST BURLINGTON IOWA), AS CONFIRMED ON ATTACHMENT (1) ENCLUDED WITH BRIEF. ALSO RECOMENDING TRANSFER TO VA, IN IOWA CITY, IA, WHERE HE RECIEVED INITIAL SURGERY ON JUNE 26/2024.

B. PARTIES TO ANSWER QUESTION; INCLUDE, ATTORNEY GENERAL FOR THE SOUTHERN DISTRICT COURT OF IOWA, DAVENPORT DIVISION; UNITED STATES MARSHALL SERVICE; MUSCOTINE COUNTY JAIL, MUSCOTINE COUNTY, IA; LEE COUNTY JAIL, MONTROSE, IA.

1

TABLE of CONTENTS AND CITED AUTHORITIES

PG 3.    LOCATION OF EVENTS
PG 4+5.  SUMMARY OF ARGUMENT
PG 6+7   ARGUMENTS, POINTS of law, AUTHORITIES Case LAW
PG 8,    AUTHORITIES CITED
PG 9-10, BRIEF SUMMARY
PG 11    CERTIFICATE OF SERVICE
PG 12    CONSENT TO JURISDICTION BY A MAGISTRATE
         Supplemental ATTACHMENTS (1-8) included

2.

ALL EVENTS OF PETITION OCCURED IN IOWA.

A. EIGHTH AMENDMENT OF U.S. CONSTITUTION.
B. BAIL REFORM ACT OF 1984

3.

Summary of Argument:

A. Petitioner is being unreasonably detained, depriving him of needed medical attention that could prevent high risk of loss of life.
   1. See Attachment (1)

H.

After many requests to my Assistant Appointed Public Defender, (Diane Z. Zitzner), for a pretrial detention hearing. Petitioner signed a pre-trial detention hearing "Waiver" without attorney consultation. Was brought to him by attorneys paralegal at Muscatine County Jail, and handed to him with other forms to sign. He was not fully informed by his attorney or paralegal, to his understanding. His attorney then said we could re-schedule a pre-trial detention hearing, which has yet to happen. Now it is past trial and in pre-sentencing period to be carried out on July 22, 2025. Petitioner facing a lengthy sentence, fears it will be a life sentence, if his medical needs are not attended to pre-sentence. His sentence, by guideline is a minimum of 15 years, and being 75 yrs. old now would be a life sentence. His crime does not call for a life sentence.

See Attachment (2)

5.

ARGUMENTS, POINTS OF FACTS & AUTHORITIES ;
CASE LAWS

1. HE ARGUES, THAT UNDER THE EIGHTH AMENDMENT OF THE CONSTITUTION, WHICH, AS I KNOW YOU KNOW, GIVE INMATES THE RIGHT FROM CRUEL AND UNUSUAL PUNISHMENT, AND BEING HELD IN TWO DIFFERENT COUNTY JAILS IN THE SOUTHERN DISTRICT OF IOWA FOR SIX AND ONE HALF MONTHS, BOTH AWARE OF HIS MEDICAL NEEDS AND NOT PROVIDING THEM. ALSO THE UNITED STATES MARSHALL SERVICE BEING AWARE OF THE SAME FOR THREE MONTHS NOW ARE STILL DETAINING HIM IN WANTON REGARDS OF INMATE RIGHTS, (AS ATTESTED TOO IN MUSCATINE COUNTY JAIL SICK REQUEST ON 2/11/2025. INCLUDED AS ATTACHMENT (3):

2. POINTS OF FACTS:
   A. NEED CARDIO OPERATION TO LESSEN RISK OF CONGESTIVE HEART FAILURE AND STROKE, (FACT OF HIGH RISK OF STROKE, ATTESTED TOO IN ATTACHMENT (4) INCLUDED WITH PETITION;

   B. REQUIREMENTS OF VARIOUS MEDICAL NEEDS FROM DETERIORATING HEALTH FROM AGE

6

C. CONTINUING TO USE TWELVE OR THIRTEEN MEDICINES, SOME TWICE A DAY, INSTEAD OF NEED HEART SURGERY, WILL EVENTUALLY DETERIORATING LIVER FUNCTION CAUSING MORE MEDICAL ATTENTION;
SEE ATTACHMENT (5)

D. THESE ARE SERIOUS MEDICAL CONDITIONS PROVIDING COMPELLING REASONS FOR A PRE-TRIAL RELEASE WITH SUPERVISION SO PETITIONER CAN SEEK MEDICAL CARE AT VA HOSPITAL IN IOWA CITY.

1. MEDICAL NEED ARE NOT BEING PROVIDED BY INCARCERATING FACILITIES

2. AGE OF PETITION IS 75 YEARS, BORN 11/19/1949

3. COMBINATION OF POINTS OF FACT REQUIRE IMMEDIATE ACTION AND RELIEF OF HIGH RISK OF DEATH, STROKE, CONGESTIVE HEART FAILURE, AND MANY MORE DUE TO AGING PROCESS ALONG WITH FORE MENTIONED CONDITIONS

M

AUTHORITIES CITED:

1. §1.B1.13   18 U.S.C. §3582(c)(1)(A)(B)

2. UNITED STATES VS ADAM
   2019 WL 3037042 (D. OR July 10, 2019)
   GRANTED RELEASE FOR DETAINEE UNDER THE
   BAIL REFORM ACT OF 1984, WITH SERIOUS
   MEDICAL CONDITIONS.

3. Supervised Release to pursue HEART SURGERY
   US v VAUGHN, Case No. 6:14-CR-03101-MDH-2
   (WD, MO Aug 24, 2015)

4. US V GEORGE (ED CAL 2011)

5. US V BRADFORD CS NO. CRS10-0223
   (ED CAL. Sept 28, 2012)

6. US V COX 4:24-CR-40002-001
   (WD ARK June 2024)

7. BOWMAN V US
   85 S.Ct. 232, 13 L.ED. 2D 171 (1964)
   COMMAND OF EIGHTH AMENDMENT THAT
   "EXCESSIVE BAIL SHALL NOT BE REQUIRED

8.

## Summairy

IN CONCLUSION, THE PETITIONER PRAYS THE COURT WILL GRANT HIM A PRE-SENTENCING SUPERVISED RELEASE TO OBTAIN ON HIS OWN, ALL MEDICAL TREATMENTS AND/OR SURGERYS NEEDED TO PROLONG LIFE, THAT IS AT HIGH RISK FROM HEART COMPLICATIONS.

I HAVE CITED CASE LAW, THAT CITES STATUTES AND LAWS WHERE PETITIONERS HAVE BEEN GRANTED SUPERVISED RELEASES UNDER THE SAME CONDITIONS AND SITUATION OF THIS PETITIONER.

I AM NO FLIGHT RISK, MY MEDICAL CONDITION, AGE AND FINANCIAL RESOURCES BEING NIL, AND HAVING NO PASSPORT, REMOVES ALL POSSIBILITIES OF FLIGHT.

I POSE NO DANGER TO THE COMMUNITIE, NEVER HAVE BEEN VIOLENT PERSON, NEVER WILL BE. THAT IS NOT THE CHARACTOR I AM MADE OF.

I HAVE A THIRD PARTY RESIDENT, THAT HAS BEEN A LIFE LONG FRIEND WHO WILL SUPPORT MY NEEDS, 100%! HER HOME IS AT 1526 EXCHANGE STREET, Keokuk, IA 52632

9.

I HAVE SHOWN THE COURT THROUGH ATTACHMENTS, THE DESPERATE NEED FOR MEDICAL ATTENTION. THIS HAS BEEN INTENTIONAL DELAYED BY DETAINMENT WITH CITIED PARTIES THAT HAVE REFUSED FOR SIX MONTHS NOW TO PROVIDE NEEDED MEDICAL ATTENTION, WHICH WITHOUT LEAVE PETITION AT HIGH RISK OF STROKES, DEATH, OR MORE MEDICAL PROBLEMS IN THE NEAR FUTURE.

THE PETITIONER ASKS FOR THIS PETITION TO SPEEDIALLY BE GRANTED OR A SENTENCE DATE CONTINUANCE, TO ALLOW FOR NEEDED TREATMENT, FOLLOW UP EXAMS, AND ANY AFTER CARE WITH VA MEDICAL FACILITY IN IOWA CITY, IA.

MY FINANCIAL STATUS IS, NO ACTIVE BANK ACCOUNT, NO STOCKS, BONDS OR LIFE INSURANCE. I DO HAVE A MODEST HOME I AM HALF OWNER, THIS HOUSE LOCATED AT 824 HIGH ST, KEOKUK, IA 52632 IS VALUED BY LAST TAX ASSESSMENT AT $17,500.00, BUT HAS NOW HAD THE INSIDE WALLS GUTTED AND UNDER REPAIR, WHICH HAS CEASED

AND A 1988 Toyota Tacoma pick up!

18.

IN THE UNITED STATES SOUTHERN DISTRICT COURT OF IOWA, DAVENPORT DIVISION

## CERTIFICATION OF SERVICE

Petitioner Declares That:

THE PETITION FOR HABEAS CORPUS § 2254 pages 3-10 supports Application to continue in Forma Pauperis, and Petition for Writ of Mandamus to the United States Southern District Court, Davenport Division as Referenced in petition and brief have been served by 1st class Registered mail USPS out going from Muscatine Iowa, County Jail on date 4/22/2025. Two copies included to U.S. Southern District Court, Davenport Division, one copie to the Attorney Generals Office for the Southern District Court of Iowa.

A $5.00 money order or other form of guaranteed money form, payable to Address of US Southern District Court of Iowa from Mishalle Lanette Gorham. (As petition filing Fee.)

PARTIES SERVED: Clerk of Court
ATTORNEY GENERAL             UNITED STATES DISTRICT COURT
RICHARD WESTPHAL             SOUTHERN DISTRICT OF IOWA
110 E. COURT AVE, SUITE 286  131 EAST 4TH STREET, SUITE 150
DES MOINES, IA 50309         DAVENPORT, IA 52801

Signed under penalty of Perjury: Ronald D. Mason
4/13/2025

Ronald D. Mason, #534174, 400 Walnut St, Muscatine IA 52761

Muscatine County Jail
INMATE CORRESPONDENCE
400 Walnut Street
Muscatine IA 52761-4241
Inmate Name: Mason Ronald
Inmate ID# 34174

QUAD CITIES IL POF 612
THU 24 APR 2025 PM

Clerk of Court
United States District Court
Southern District of Iowa
131 East 4th Street
Davenport, IA. 52801

logged
MCJ
4-24-25